```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. FLETCHER,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendants. | CASE NO. C 06 1294 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date: June 9, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom 2, 17th Floor San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 9, 2006 Case Management Conference ("CMC") to December 1, 2006, at 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiffs are HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: May 30, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

- 3 -                [PROPOSED] ORDER