James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Meghan K. Landrum (State Bar No. 222264)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       mklandrum@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD L. FLETCHER,<br><br>              Plaintiff,<br><br>       vs.<br><br>ELI LILLY AND COMPANY,<br><br>              Defendant. | No. C 06-1294 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>~~[PROPOSED]~~ ORDER VACATING **AND/OR** ~~CONTINUING~~ CASE MANAGEMENT CONFERENCE |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby VACATES ~~continues~~ the December 1, 2006, Case Management Conference ("CMC") ~~to _____, at _____, by which time this case will likely have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation~~. In the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 days before the new CMC date.~~ the parties shall file a joint request to have the matter placed back on the Court's calendar.

IT IS SO ORDERED

DATED: November 21, 2006

_____
The Honorable Jeffrey S. White

No.: C 06 1294 JSW                – 1 –                DOCSOAK-9853642.1-MKLANDRUM

~~[Proposed]~~ Order Continuing Case Management Conference